UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY BELLOTTI, | No. 2:17-cv-01981-JAM-KJN (PS) |
| Plaintiff, | |
| v. | <u>ORDER AND</u> |
| RICHARD WILLIAMS, et al., | <u>ORDER TO SHOW CAUSE</u> |
| Defendants. | |

Plaintiff, proceeding without counsel, commenced this action on September 25, 2017, and requested leave to proceed *in forma pauperis*. (See ECF Nos. 1, 2.) On October 17, 2017, plaintiff filed a motion for preliminary injunction. (ECF No. 6.) The court advised plaintiff that the motion for preliminary injunction was deficient, and directed plaintiff to re-notice the motion in compliance with Local Rule 230(b). (ECF No. 7.) To date, plaintiff has not re-noticed the motion as directed.

In the meantime, on October 20, 2017, the court granted plaintiff's motion to proceed *in forma pauperis*, and ordered plaintiff to supply the U.S. Marshal, within 30 days, with all information needed by the U.S. Marshal to effectuate service of process, and within 10 days thereafter, to file a statement with the court that such documents have been submitted. (ECF No. 8.) Plaintiff then requested a 60 day extension of time to submit the necessary documents to the

1

U.S. Marshal. (ECF No. 11.) On October 27, 2017, the court granted plaintiff's request an for extension and directed plaintiff to supply the U.S. Marshal, by January 18, 2018, with the necessary information, and to notify the court, by January 28, 2018, that all documents had been submitted. (ECF No. 12.) To date, plaintiff has not filed a statement with the court, and there is no indication that the necessary documents have been submitted to the U.S. Marshal.

The court has considered whether sanctions should be imposed against plaintiff. In light of plaintiff's pro se status, plaintiff is first provided an opportunity to explain his failure to follow the court's October 27, 2017 order. Plaintiff is also provided an additional opportunity to supply the necessary information to the U.S. Marshal, as previously ordered.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for preliminary injunction (ECF No. 6) is DENIED without prejudice.
2. No later than **February 19, 2018**, plaintiff shall show cause in writing why this action should not be dismissed based on plaintiff's failure to comply with the court's October 27, 2017 order (ECF No. 12).
3. No later than **February 19, 2018**, plaintiff shall supply the U.S. Marshal with all information needed by the U.S. Marshal to effectuate service of process, and shall file a statement with the court that such documents have been submitted.
4. Failure to timely respond to the order to show cause, and to timely supply the U.S. Marshal with the necessary information, may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).
5. The U.S. Marshal shall serve process, with copies of this court's scheduling order and related documents, within 90 days of receipt of the required information from plaintiff, without prepayment of costs, and otherwise follow the court's previous order (ECF No. 8).
6. The Clerk of Court shall serve a copy of this order on the U.S. Marshal.

////

////

7. The Clerk of Court shall serve another copy of the court's October 27, 2017 order (ECF No. 12) on plaintiff along with a copy of this order.

IT IS SO ORDERED.

Dated: February 2, 2018

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

14/17-1981.bellotti.OSC failure to prosecute

3